

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00038-CR

| | | |
|---|---|---|
| Jaime Lynn Hutchinson, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | of Tarrant County (1663262) |
| v. | § | October 24, 2024 |
| | § | Memorandum Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the part of the judgment that adjudicates Jaime Lynn Hutchinson's guilt, but we reverse the illegal sentence and remand the cause to the trial court for new punishment assessment only.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell